UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  

Christine M Deleon

Debtor(s)

Case No. 12-40703

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/13/2012.

2) The plan was confirmed on 12/20/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/17/2014, 10/03/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/01/2013, 07/16/2014, 11/30/2015.

5) The case was converted on 02/04/2016.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $21,600.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,378.00 |
| Less amount refunded to debtor | $204.23 |

**NET RECEIPTS:** $14,173.77

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $565.96 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $565.96

Attorney fees paid and disclosed by debtor:    $1,100.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN AIR CREDIT PLAN | Unsecured | 271.60 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 1,856.62 | 664.08 | 664.08 | 0.00 | 0.00 |
| CHESWOLD/OPHRYS LLC | Unsecured | NA | 241.60 | 241.60 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 27.94 | 27.94 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | NA | 68.94 | 68.94 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 114.41 | 186.75 | 186.75 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 957.18 | 827.09 | 827.09 | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 647.33 | 753.52 | 753.52 | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 537.60 | 512.60 | 512.60 | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 649.08 | 549.08 | 549.08 | 0.00 | 0.00 |
| DEVRY INC | Unsecured | NA | 1,998.94 | 1,998.94 | 18.27 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 452.26 | 206.39 | 206.39 | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 1,302.63 | 1,302.63 | 0.00 | 0.00 |
| ELMHURST MEMORIAL HOSPITAL | Unsecured | 239.75 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Unsecured | 291.59 | 291.59 | 291.59 | 0.00 | 0.00 |
| GE CAPITAL RETAIL BANK | Unsecured | NA | 284.29 | 284.29 | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 50,354.64 | 50,128.57 | 50,128.57 | 548.61 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 423.55 | 714.55 | 714.55 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 288.47 | 313.47 | 313.47 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 663.73 | 638.73 | 638.73 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 518.00 | 493.00 | 493.00 | 0.00 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 8,500.00 | 4,281.68 | 4,281.68 | 4,281.68 | 0.00 |
| JP MORGAN CHASE BANK NA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MITSUBISHI MOTOR CREDIT OF AME | Secured | 6,651.39 | 6,651.39 | 6,651.39 | 6,651.39 | 109.84 |
| PORTFOLIO INVESTMENTS II LLC | Unsecured | 74.07 | 74.07 | 74.07 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 2,316.06 | 2,446.95 | 2,446.95 | 17.92 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | Unsecured | 699.08 | 540.43 | 540.43 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 866.00 | 973.17 | 973.17 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 1,163.08 | 1,080.99 | 1,080.99 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 528.31 | 452.26 | 452.26 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 365.27 | 365.27 | 365.27 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 295.85 | 266.36 | 266.36 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 827.25 | 852.25 | 852.25 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 217.44 | 217.44 | 217.44 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 0.00 | 1,813.20 | 1,813.20 | 16.58 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 1,067.63 | 1,376.94 | 1,376.94 | 15.07 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 294.15 | 264.62 | 264.62 | 0.00 | 0.00 |
| SALLIE MAE ECFC | Unsecured | 0.00 | 8,157.41 | 8,157.41 | 89.27 | 0.00 |
| SALLIE MAE ECFC | Unsecured | 0.00 | 4,578.69 | 4,578.69 | 50.11 | 0.00 |
| SPEEDWAY | Unsecured | 562.90 | 458.72 | 458.72 | 0.00 | 0.00 |
| THE SWISS COLONY | Unsecured | 83.96 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 75,968.29 | 6,780.27 | 6,780.27 | 74.20 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 12,743.12 | 12,743.12 | 139.47 | 0.00 |
| UNITED STUDENT AID FUNDS | Unsecured | 0.00 | 7,882.00 | 7,882.00 | 86.25 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 122,861.49 | 122,861.49 | 1,344.61 | 0.00 |
| VON MAUR | Unsecured | 844.87 | 1,128.15 | 1,128.15 | 0.00 | 0.00 |
| WELLS FARGO EDUCATION FINANCI | Unsecured | NA | 3,332.28 | 3,332.28 | 24.40 | 0.00 |
| WELLS FARGO EDUCATION FINANCI | Unsecured | NA | 8,312.61 | 8,312.61 | 75.99 | 0.00 |
| WELLS FARGO EDUCATION FINANCI | Unsecured | NA | 5,862.52 | 5,862.52 | 64.15 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $4,281.68 | $4,281.68 | $0.00 |
| Debt Secured by Vehicle | $6,651.39 | $6,651.39 | $109.84 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,933.07** | **$10,933.07** | **$109.84** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$253,024.97** | **$2,564.90** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $565.96 |
| Disbursements to Creditors | $13,607.81 |
| **TOTAL DISBURSEMENTS :** | **$14,173.77** |

   12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/23/2016     By: /s/ Glenn Stearns
                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**